| AO-10 (WP)<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2003** | *Report Required by the Ethics*<br>*in Government Act of 1978,*<br>*(5 U.S.C. App. §§101-111)* |

**1. Person Reporting** *(Last name, first, middle initial)*
Rogers, Richard D.

**2. Court or Organization**
US District Court, Topeka KS

**3. Date of Report**
5-13-2004

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

U.S. Senior District Judge

**5. Report Type (check appropriate type)**
___ Nomination, Date _____
___ Initial __X__ Annual ___ Final

**6. Reporting Period**
1/1/2003 to 12/31/2003

**7. Chambers or Office Address**
410 Federal Building
444 SE Quincy St.
Topeka KS 66683

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 None | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| [ ] NONE (No reportable non-investment income.) | | |
|---|---|---|
| 1 | KS Farm Bureau Retirement Pension | $ 2880.00 |
| 2 | KS Public Employees Retirement Pension | $ 1596.00 |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| [X] NONE (No reportable non-investment income.) | |
|---|---|
| 1 None | |
| 2 | |

FINANCIAL DISCLOSURE OFFICE RECEIVED 19 II 32 AM '04

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Rogers, Richard D. | Date of Report<br>5-13-2004 |
|---|---|---|

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | — |
| 1 | None | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | None | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | State Mutual Ins. Co. | Policy Loans | J |
| 2 | Veterans Life Ins. | Policy Loans | J |
| 3 | Northwestern Mutual Life Ins. | Policy Loans | J |
| 4 | KS Farm Bureau Life Ins. Co. | Policy Loans | J |
| 5 | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Richard D. | 5-13-2004 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | NONE (No reportable income, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Western Resources Common Stock | D | Dividend | M | T | partial sale | 10/03 | K | loss | Market |
| 2 | Nuveen Tax Exempt Bond Fund | A | Interest | K | T | | | | | |
| 3 | Security Benefit Tax Exempt Fund | C | Interest | M | T | | | | | |
| 4 | Fidelity State Bank CD | A | Interest | J | T | | | | | |
| 5 | Oil Royalty Haskell Co., OK | C | Royalty | J | T | | | | | |
| 6 | Bank of America Savings Account | A | Interest | J | T | | | | | |
| 7 | MONY Group Common Stock | A | Dividend | J | T | | | | | |
| 8 | Credit Union One | A | Interest | J | T | | | | | |
| 9 | Target Common Stock | A | Dividend | J | T | | | | | |
| 10 | Southern Co. Common Stock | A | Dividend | J | T | | | | | |
| 11 | Bank of America Common Stock | A | Dividend | J | T | Buy | 11/03 | J | | Market |
| 12 | SBC Common Stock | A | Dividend | J | T | Buy | 11/03 | J | | Market |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rogers, Richard D. | 5-13-2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

None

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signa                                          · Date __5/13/04__

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

